UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| DONALD WILLIAMS, | ) | Case No. 1:13-cv-02073-SL |
| | ) | |
| Plaintiff, | ) | The Honorable Sara Lioi |
| | ) | |
| v. | ) | |
| | ) | **STIPULATED CONSENT ORDER TO** |
| SLM CORPORATION, INC., D/B/A "SALLIE | ) | **STAY PROCEEDINGS DUE TO** |
| MAE," AND SALLIE MAE, INC., | ) | **ARBITRATION** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The parties to the above captioned action hereby stipulate to stay the action, in favor of binding arbitration.

The grounds for the Stipulation are that loan documents underlying the action contain arbitration agreements, and the parties have agreed to arbitration thereunder.  The parties stipulate to the court retaining jurisdiction of this matter and stay this matter until such time as the arbitration is resolved.

**IT IS SO ORDERED** this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

Respectfully submitted,

| | |
|---|---|
| /s/ Melissa Brabender (*w/ consent*) | /s/ Robert F. Seidler |
| Melissa Brabender | Robert F. Seidler, OH #0074178 |
| Antonelli Law | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 100 North LaSalle Street | 111 Monument Circle, Suite 4600 |
| Suite 2400 | Indianapolis, IN 46204 |
| Chicago, Illinois 60602 | 317.916.1300 |
| 312.201.8310 | 317.916.9076 (FAX) |
| 888.211.8624 (fax) | Email: robert.seidler@ogletreedeakins.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant SALLIE MAE, INC. |
| DONALD WILLIAMS | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2013 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert F. Seidler
Attorney for Defendant SALLIE MAE, INC.

16418713.1